PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

        **v.**                              **Docket # 8:01CR187**

**Quintin Munoz-Duran**

---

On January 10, 2002, Quintin Munoz-Duran was sentenced to 18 months custody, to be followed by 2 years supervised release. The period of supervised release commenced on or about September 25, 2002. Mr. Munoz-Duran has since been convicted and re-incarcerated on a subsequent case, with a term of supervised release to follow. It is accordingly recommended that Quintin Munoz-Duran's term of supervised release be terminated in this case.

Respectfully submitted,

Kit Lemon, Supervising  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the request of the U.S. Probation Office, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   18th   day of   August  , 2008.

The Honorable Joseph F. Bataillon  
Chief United States District Judge